# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2134

_____

DAVION HADDEN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.


April 21, 2026

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Davion Hadden, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.